**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| D. Allen Blankenship,<br>        Plaintiff,<br><br>    v.<br><br>Financial Industry Regulatory Authority, Inc.,<br>        Defendant. | )<br>)<br>)<br>)  Case No. 2:24-cv-3003-JFM<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF FRANK M. WEBER**

I, Frank M. Weber, declare as follows:

1.      I am Senior Counsel with FINRA's Department of Enforcement and have worked as an attorney at FINRA since 2003. My duties and responsibilities include, but are not limited to, collaborating with investigative staff on examinations and investigations of member firms and their associated persons, analyzing evidence gathered in such examinations and investigations, and resolving formal matters through settlement or litigation.

2.      FINRA began an investigation of D. Allen Blankenship in 2019 after his former employer, Independent Financial Group, LLC (IFG), terminated his association with IFG and filed a Uniform Termination Notice for Securities Registration (Form U5). Following a thorough investigation, FINRA's Department of Enforcement filed a three-count disciplinary complaint against Mr. Blankenship on December 7, 2023 for violation of FINRA Rules 2010, 2111, and 4511 (Disciplinary Proceeding No. 2019064333401).

3.      The disciplinary complaint does not charge Mr. Blankenship with making fraudulent misrepresentations or omissions.

4.      At no point in time did the Securities and Exchange Commission (SEC) ever direct, suggest, or encourage the investigation of Mr. Blankenship, nor did it direct, suggest, or encourage the initiation of FINRA's disciplinary proceeding against Mr. Blankenship.

5.      FINRA did not make any referrals to the SEC, Federal Bureau of Investigation, or any other governmental agency regarding Mr. Blankenship arising from its investigation.

6.      FINRA's Department of Enforcement specified in its pre-hearing brief that it requests as sanctions for Mr. Blankenship's alleged misconduct a two-year suspension from associating with any FINRA member firm, a $20,000 fine, and an order for disgorgement of $43,032.36 plus interest to be paid as restitution to impacted customers.

7.      FINRA has never suggested to Mr. Blankenship or his counsel that FINRA is seeking to bar Mr. Blankenship from associating with any FINRA member firm.

8.      FINRA's Department of Enforcement does not intend to seek a bar against Mr. Blankenship at the disciplinary hearing, absent intervening misconduct or unforeseen circumstances.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 29, 2024

_____
Frank M. Weber

2