**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

D. Allen Blankenship,                    )
           Plaintiff,               )
                       )
   v.                                 )  Case No. 2:24-cv-3003-JFM
                       )
Financial Industry Regulatory Authority, Inc.,  )
          Defendant,               )
                       )
                       )

**DECLARATION OF ALEX GESCH**

I, Alex Gesch, declare as follows:

1.     I am of counsel with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant the Financial Industry Regulatory Authority, Inc. (FINRA) in this matter.  I make this declaration in support of FINRA's Opposition to Plaintiff D. Allen Blankenship's First Amended Motion for Preliminary Injunction.

2.     Attached hereto as Exhibit A is a true and correct copy of the FINRA Department of Enforcement's Notice of Complaint and Complaint filed in the matter of *Department of Enforcement v. D. Allen Blankenship*, No. 2019064333401 (Dec. 7, 2023).

3.     Attached hereto as Exhibit B is a true and correct copy of Respondent's Statement of Answer and Affirmative Defenses filed by Plaintiff in *Blankenship*, No. 2019064333401 (Jan. 4, 2024).

4.     Attached hereto as Exhibit C is a true and correct copy of the Case Management and Scheduling Order issued by FINRA's Office of Hearing Officers in *Blankenship*, No. 2019064333401 (Jan. 23, 2024).

I hereby declare under penalty of perjury that the foregoing is true and correct.

2

Executed on:  July 29, 2024

_____
Alex Gesch

2