IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D. ALLEN BLANKENSHIP | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  24-3003 |
| | : | |
| FINANCIAL INDUSTRY | : | |
| REGULATORY AUTHORITY | : | |

# ORDER

AND NOW, this 4th day of September 2024, upon considering plaintiff's amended motion for preliminary injunction (DI 19), defendant's opposition (DI 20), plaintiff's reply (DI 21), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Because we lack subject matter jurisdiction, the case is **DISMISSED**.

2. The motion for preliminary injunction (DI 19) is **DENIED** as moot.

3. The Clerk of Court shall **close** this case.

_____
MURPHY, J.